COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS





JERRY CARBAJAL,


 Appellant,


v.


THE STATE OF TEXAS,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-11-00174-CR



Appeal from the


120th District Court

of El Paso County, Texas


(TC# 20100D04371)


MEMORANDUM OPINION


 The trial court certified that this is a plea-bargain case and that Appellant has no right of
appeal. We requested that the parties submit letter briefs addressing whether the certification is
correct. Counsel for Appellant and for the State agree that the certification is correct. Moreover, we
have reviewed the record and concur with the conclusion of counsel and the trial court that Appellant
has no right to appeal. Accordingly, the appeal is dismissed. See Tex. R. App. P. 25.2(a)(2), (d).


 GUADALUPE RIVERA, Justice

August 31, 2011


Before Chew, C.J., McClure, and Rivera, JJ.


(Do Not Publish)